IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUTHERN AFRICA ENTERPRISE DEVELOPMENT FUND,<br><br>        Plaintiff,<br><br>    v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. 1:21-cv-01463-UNA |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Southern Africa Enterprise Development Fund submits the following Disclosure Statement:

1)    Southern Africa Enterprise Development Fund has no parent corporation.

2)    No publicly held corporation owns 10% or more of Southern Africa Enterprise Development Fund 's stock.

Dated: December 6, 2021        MORGAN, LEWIS & BOCKIUS LLP

MORGAN, LEWIS & BOCKIUS LLP
Ariane Baczynski
1 Federal Street
Boston, Massachusetts 02110
(617) 341-7700
Ariane.baczynski@morganlewis.com

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market St., Suite 2201
Wilmington, DE 19801
(302) 573-3000
jody.barillare@morganlewis.com

*Attorneys for Plaintiff Southern Africa Enterprise Development Fund*