# Morgan Lewis

**Jody C. Barillare**
Of Counsel
+1.302.574.7294
jody.barillare@morganlewis.com

May 19, 2023

**BY CM/ECF**

The Honorable Gregory B. Williams
U.S. District Court for Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Southern Africa Enterprise Development Fund v. Ironshore Specialty Insurance Company*, Civil Action 21-cv-1463-GBW

Dear Judge Williams:

I write on behalf of the parties to submit the enclosed First Amended Case Scheduling Order. The parties met and conferred and were able to agree on all dates in the schedule and have no disputes to present to the Court. The sole revision is to extend the time for submitting Initial Disclosures. We respectfully request that the Court enter the First Amended Case Scheduling Order. We are available at the Court's convenience to answer any questions.

Respectfully submitted,

*Jody C. Barillare*

Jody C. Barillare (#5107)


Enclosure

cc:   Counsel of record