# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Southern Africa Enterprise Development Fund, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | C.A. No. 21-cv-1463-GBW |
| Ironshore Specialty Insurance Company, | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULE

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the June 12, 2023 First Amended Scheduling Order (D.I. 28) be amended as follows to accommodate witness and attorney schedules around the holidays. The remainder of the dates and deadlines in the First Amended Scheduling Order (D.I. 28), including for Dispositive Motions and Trial, are not altered by this Stipulation.

| **Event** | **Current Date** | **Proposed Amended Date** |
|---|---|---|
| Fact Discovery Cut Off | December 1, 2023 | January 19, 2024 |
| Plaintiffs' Expert Disclosures | December 22, 2023 | January 22, 2024 |
| Defendant's Expert Disclosures | January 22, 2024 | February 22, 2024 |
| Rebuttal or Supplemental Disclosures | February 19, 2024 | March 8, 2024 |
| Expert Discovery Cut Off | March 15, 2024 | March 22, 2024 |

| | |
|---|---|
| Date:  November 14, 2023 | Respectfully submitted, |

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **COOCH AND TAYLOR, P.A.** |
| */s/ Jody C. Barillare* | */s/ R. Grant Dick IV* |
| Jody C. Barillare (#5107) | James W. Semple (#396) |
| 1007 North Orange Street, Suite 501 | R. Grant Dick IV (#5123) |
| Wilmington, DE 19801 | The Brandywine Building |
| (302) 574-3000 | 1000 N. West Street, Suite 15000 |
| jody.barillare@morganlewis.com | Wilmington, DE 19801 |
| | (302) 984-3800 |
| Ariane Baczynski (*pro hac vice*) | jsemple@coochtaylor.com |
| 1 Federal Street | gdick@coochtaylor.com |
| Boston, MA 02110 | |
| (617) 341-7700 | **GOODELL, DEVRIES, LEECH & DANN LLP** |
| ariane.baczynski@morganlewis.com | |
| | Linda S. Woolf (*pro hac vice*) |
| ***Attorneys for Plaintiff Southern Africa Enterprise Development Fund*** | Kamil Ismail (*pro hac vice*) |
| | One South Street, 20th Floor |
| | Baltimore, MD 21202 |
| | (410) 783-4000 |
| | lsw@gdldlaw.com |
| | kxi@gdldlaw.com |
| | |
| | ***Attorneys for Defendant Ironshore Specialty Insurance Company*** |

SO ORDERED this _____ day of November, 2023.

_____
The Honorable Gregory B. Williams
United States District Judge