# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Southern Africa Enterprise Development Fund, | ) <br> ) <br> ) |
| Plaintiff | ) C.A. No. 21-cv-1463-GBW <br> ) |
| v. | ) <br> ) |
| Ironshore Specialty Insurance Company, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective undersigned counsel, subject to the approval of the Court, that on account of the Court's ruling on the Parties' cross motions for summary judgment (D.I. 74), the remaining claims are hereby dismissed with prejudice, with each Party to bear its own costs and attorneys' fees.

September 13, 2024

| MORGAN, LEWIS & BOCKIUS LLP | COOCH AND TAYLOR, P.A. |
|---|---|
| */s/ Jody C. Barillare* | */s/ R. Grant Dick IV* |
| Jody C. Barillare (#5107) | Dean Roland (#6459) |
| 1201 N. Market Street, Suite 2201 | R. Grant Dick IV (#5123) |
| Wilmington, Delaware 19801 | The Brandywine Building |
| Telephone: 302.574.3000 | 1000 N. West Street, Ste. 15000 |
| jody.barillare@morganlewis.com | Wilmington, DE 19801 |
| | (302) 984-3800 |
| | gdick@coochtaylor.com |

| | |
|---|---|
| Jeffrey Moss (*pro hac vice*) | Linda S. Woolf (*pro hac vice*) |
| Ariane Baczynski (*pro hac vice*) | Kamil Ismail (*pro hac vice*) |
| One Federal Street | Goodell, DeVries, Leech & Dann, LLP |
| Boston, Massachusetts 02110 | One South St., 20th Floor |
| Telephone: 617.341.7700 | Baltimore, MD 21202 |
| jeffrey.moss@morganlewis.com | lsw@gdldlaw.com |
| ariane.baczynski@morganlewis.com | kxi@gdldlaw.com |
| | (410) 783-4000 |

***Attorneys for Plaintiff Southern Africa Enterprise Development Fund***

***Attorneys for Defendant Ironshore Specialty Insurance Company***

IT IS SO ORDERED this ___ day of September, 2024.

_____
The Honorable Gregory B. Williams
United States District Judge

2